UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  -vs-

ROBERT GRUDENICH,

    Respondent.
_____/

MISC. NO. 05-X-70195

HON. VICTORIA A. ROBERTS

## ORDER DISMISSING PETITION TO ENFORCE IRS SUMMONS

Petitioner having advised the Court that it is unable to locate the respondent, Robert Grudenich, to serve him with the Petition to Enforce IRS Summons and Order to Show Cause;

IT IS HEREBY ORDERED that the Petition to Enforce IRS Summons brought against respondent, Robert Grudenich, by the petitioner is hereby dismissed.

    S/Victoria A. Roberts
    Victoria A. Roberts
    United States District Judge

Dated: May 25, 2005

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 25, 2005.

s/Carol A. Pinegar
Deputy Clerk